NEWARK FIRE INSURANCE COMPANY, APPELLANT, v. STATE BOARD OF TAX APPEALS ET AL., RESPONDENTS.

Submitted February 11, 1938—Decided April 29, 1938.

For the appellant, *Arthur T. Vanderbilt.*

For the respondents, *James F. X. O'Brien.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Perskie in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, PARKER, DONGES, PORTER, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, JJ. 11.

*For affirmance as to first and third parts only*—WALKER, J. 1.

*For reversal as to second part*—WALKER, J. 1.